JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NAVARRO,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAVEZ, et al.,<br><br>        Defendants. | Case No. CV 19-1244-MWF (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 13, 2022

                                MICHAEL W. FITZGERALD
                              UNITED STATES DISTRICT JUDGE